774

NEY, P. J. Submitted April 14, 1975. *Paul R. Gettleman,* for appellant; *Robert H. Chase,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Jefferson, Appellant.

Submitted April 14, 1975. *John F. Wagner, Jr.,* Assistant Public Defender, for appellant; *William M. Radcliffe,* Assistant District Attorney, and *Conrad B. Capuzzi,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Johnson, Appellant.

Submitted September 17, 1974. *Thomas Dempsey,* and *Smith & Jakubowski,* for appellant; *Deborah E. Glass, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Johnson, Appellant.

Submitted March 17, 1975. *Richard A. Consiglio*, Public Defender, for appellant; *William J. Haberstroh*, Assistant District Attorney, and *Amos C. Davis*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Johnson, Appellant.

Submitted March 17, 1975. *Barry H. Denker*, for appellant; *William A. Richardson, Mark Sendrow*, and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Johnson, Appellant.

Submitted September 9, 1974. *Eugene H. Clarke, Jr.*, for appellant; *Rosalyn K. Robinson, Mark Sendrow*, and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.